Mary C. Downie, as Administratrix, etc., Respondent, v. Queen City Dairy Company and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

Nicholas Prince, an Infant, by Antonio Prince, His Guardian ad Litem, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

Agnes Belius, as Administratrix, etc., Appellant, v. Niagara, Lockport and Ontario Power Company, Respondent.— Judgment affirmed, with costs. All concurred.

Herbert Kelderhouse, Appellant, v. John V. McGarry and Another, Respondents.— Judgment affirmed, with costs. All concurred.

German-American Button Company, Respondent, v. Charles C. Gorham and Rochester Button Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. Held, that the merits of this action are not here. A case was made in the Special Term calling for the exercise of discretion in granting the temporary injunction and the same should not be disturbed during the pendency of the action. All concurred.

McEwen Brothers, Respondent, v. Ledru Billings, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the testimony of the witness McCarthy that in not filing the lien he relied upon the defendant Billings' promise to pay was improperly received.

Smith M. Flickinger, Appellant, v. Allie J. Glass and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Frank Giardini, Respondent, v. John J. Smith, Appellant.— Judgment and orders affirmed, with costs. All concurred.

In the Matter of the Application to Punish Nicholas Legnini and Another for Contempt, etc., in an Action Entitled Kalamazoo Corset Company, Respondent, v. Nicholas Legnini and Another, Appellants.— Order reversed, without costs of this appeal to either party and without prejudice to a renewal of the application in case the judgment debtors fail to appear before the referee at the time and place to be fixed by the referee. All concurred, except Robson, J., who dissented.

In the Matter of the Assignment of Williams Lumber Company to Martin H. Smith for the Benefit of Creditors. Plastergon Wall Board

* See Code Civ. Proc. § 3253.— [REP.

Company, a Creditor, and Another, etc., Respondents; William H. Williams, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Chappell* v. *Chappell* (116 App. Div. 573). All concurred.

Joseph Ferris, as Administrator, etc., Respondent, v. Sarah E. Sterling, as Executrix, etc., Appellant.—Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented.

Apolina Kurgan Mees, Respondent, v. Pittsburgh Life and Trust Company, Appellant. (Action No. 1.) — Judgment affirmed, with costs. All concurred.

Mary A. Ostrander, Respondent, v. Charles F. Bricka and Another, Appellants.— Judgment affirmed, with costs. All concurred.

Samuel W. Erdle and Another, Respondents, v. Millson M. Bassett and Another, Appellants.— Judgment affirmed, with costs. All concurred.